

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-19-2005

# USA v. Brightwell

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-2001

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Brightwell" (2005). *2005 Decisions.* Paper 1342.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1342

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 03-2001
_____

UNITED STATES OF AMERICA,

vs.

RICHARD BRIGHTWELL,

Appellant.
_____

On Appeal from the United States District Court
For the Eastern District of Pennsylvania

(D.C. No. 01-cr-00033)
District Judge:  The Honorable R. Barclay Surrick
_____

ARGUED JUNE 21, 2004

DECIDED JULY 28, 2004

ON REMAND from the Supreme Court of the United States
JANUARY 24, 2005

BEFORE: NYGAARD, McKEE, and CHERTOFF*, Circuit Judges.

(Filed:  April 19, 2005 )
_____

_____

*.        This case was submitted to the panel of Judges Nygaard, McKee, and Chertoff.
Judge Chertoff resigned after submission, but before the filing of the opinion.  The
decision is filed by a quorum of the panel.  28 U.S.C. § 46(d).

Marcia G. Shein, Esq. (Argued)
Shein & Biggs
1945 Mason Mill Road, Suite 200
Decatur, GA 30030

    Counsel for Appellant


Thomas M. Zaleski, Esq. (Argued)
Office of the United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

    Counsel for Appellee

_____

OPINION OF THE COURT
_____


NYGAARD, <u>Circuit</u> <u>Judge</u>.

  This matter is before us on remand by the United States Supreme Court. This Court, by opinion filed July 28, 2004, affirmed the District Court's judgment of conviction. On January 24, 2005, the Supreme Court granted the motion of Petitioner Richard Brightwell for leave to proceed in forma pauperis and granted the petition for writ of certiorari. The Court vacated the judgment of this Court and remanded the case for further consideration in light of *United States v. Booker*, 543 U.S. ___, 125 S. Ct. 738 (2005).

2

Upon further consideration as directed by the Supreme Court, we reaffirm all portions of our prior decision with respect to the conviction, including our conclusion that there was sufficient evidence for a reasonable jury to convict. On the other hand, we will vacate that portion of our judgment that affirmed the judgment of sentence and remand to the District Court for resentencing in accordance with *Booker*.

For the foregoing reasons, we will affirm Brightwell's conviction, vacate his sentence and remand to the District Court for resentencing.